137691

# UNITED STATES DISTRICT COURT

**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-CV-756 DWF/SRN **Case Title:** Nicolas E. Stovall v. Trans Union

**Affidavit of Movant**

I, Gregory J. Myers, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Gregory E. Woodard, an attorney admitted to practice in the See Exhibit A District of See Exhibit A, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (x)defendant Experian Information Solutions, Inc. in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

| Signature | MN Attorney License # | Date |
|---|---|---|
| [signature] | 0287398 | 5/15/01 |

**Affidavit of Proposed Admittee**

I, Gregory E. Woodard, am currently a member in good standing of the U.S. District Court for the See Exhibit A District of See Exhibit A, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

| Type/Print Name | Signature | Date |
|---|---|---|
| Gregory E. Woodard | [signature] | 5/15/01 |

Attorney License Number: 203019

Law Firm Name & Address:
Jones, Day, Reavis & Pogue
5 Park Plaza, Suite 1100
Irvine, CA 92614

Telephone: (949) 851-3939

Motion Granted: [signature: Francis E. Dosal] Date: MAY 16 2001
For the Court: Francis E. Dosal, Clerk

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

FILED MAY 16 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

# EXHIBIT A

1. United States District Court for the Southern District of California.
2. United States District Court for the Eastern District of California.
3. United States District Court for the Central District of California.