**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Nicolas E. Stovall,

Plaintiff,

v.

Trans Union LLC; Experian Information Solutions, Inc.; and First Consumers National Bank,

Defendants.

Court File No. 01-CV-~~8~~756 DWF/SRN

**STIPULATION AND ORDER ALLOWING TRANS UNION AN EXTENSION OF TIME TO ANSWER**

---

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Nicolas E. Stovall ("Plaintiff") and Defendant Trans Union LLC ("Defendant"), by and through their undersigned legal counsel, that Defendant shall be granted an extension until Wednesday, June 6, 2001, in the time available to answer Plaintiff's complaint.

Date: May 23, 2001.

CONSUMER JUSTICE CENTER, P.A.

By: Thomas J. Lyons

Thomas J. Lyons, Sr., #65699
Thomas J. Lyons, Jr., #249646
342 East County Road D
Little Canada, Minnesota 55117
Phone: (651) 770-9707
Fax: (651) 770-5830

ATTORNEYS FOR PLAINTIFF

FILED MAY 29 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Date: May 23, 2001.

SHAPIRO PROFESSIONAL ASSOCIATION

By: ______________________
Susan D. Holapa, #172741
1060 The Colonnade
5500 Wayzata Boulevard
Minneapolis, MN 55416
Telephone: (612) 542-1716
Facsimile: (612) 542-1784

ATTORNEYS FOR DEFENDANT

**ORDER**

Based on the foregoing Stipulation, IT IS HEREBY ORDERED that Defendant shall be granted an extension until June 6, 2001, in the time available to answer Plaintiff's Complaint.

Dated: May 29, 2001.

BY THE COURT:

______________________
The Honorable Susan Richard Nelson
United States Magistrate Judge