**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Nicolas E. Stovall,**

**Plaintiff,**

**v.**

**Trans Union LLC, Experian Information Solutions, Inc., and First Consumers National Bank,**

**Defendants.**

**Civil No. 01-756 DWF/SRN**

**PRETRIAL SCHEDULING ORDER**

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective November 1, 1996, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

**Discovery Plan**

1. **Discovery shall be commenced in time to be completed by March 15, 2002.**

2. All initial disclosures required by Rule 26(a)(1) shall be completed on or before July 6, 2001.

3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

   a. By Plaintiff(s) on or before October 1, 2001.

   b. By Defendant(s) on or before November 15, 2001.

FILED JUL 06 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED ______
DEPUTY CLERK'S INITIALS ______

4. Full disclosure of expert testimony, required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   1. By Plaintiff(s) on or before November 1, 2001.

   2. By Defendant(s) on or before December 17, 2001.

5. No more than 25 interrogatories [counted in accordance with Fed. R. Civ. P. 33(a)] shall be served by any party.

6. No more than 10 depositions, excluding expert witness depositions, shall be taken by any party. Each party shall take no more than 2 expert depositions.

**Non-Dispositive Motions**

(Non-dispositive motions may be scheduled for hearing by calling Beverly Riches, Calendar Clerk, 651-848-1200.)

1. All motions which seek to amend the pleadings or add parties must be served by September 3, 2001.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by April 15, 2002.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

**Dispositive Motions**

1. All dispositive motions shall be served, filed and heard by June 17, 2002. (Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Lowell Lindquist, 651-848-1296.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

**Trial**

This case shall be ready for trial **(JURY)** on September 3, 2002, or upon resolution of any pending dispositive motions. Anticipated length of trial is 5 days.

Dated: July 6, 2001.

Susan Richard Nelson
United States Magistrate Judge