UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Nicolas Stovall,

Plaintiff,

v.

Trans Union LLC; Experian Information Solutions, Inc.; and First Consumers National Bank,

Defendants.

CASE NO. 01-756 DWF/SRN

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON**

---

WHEREAS, Plaintiff Nicolas Stovall and Defendant Experian Information Solutions, Inc have reached a resolution of this action:

THE PARTIES DO AND HEREBY STIPULATE THAT, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this matter be dismissed with prejudice in its entirety with regard to Defendant Experian Information Solutions, Inc., with each party to bear their own costs.

**SO STIPULATED.**

Dated: October 9, 2001

JONES, DAY, REAVIS & POGUE

By: ______________________
Gregory E. Woodard, CA#203019
Admitted *pro hac vice*
5 Park Plaza, Suite 1100
Irvine, CA 92614
Telephone: (949) 851-3939

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
William A. Gengler, #210626
Gregory J. Myers, #0287398
100 Washington Avenue South, Suite 2200

FILED OCT 18 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________



LA-1120360v1

Minneapolis, MN 55401
Telephone: (612) 339-6900

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

Dated: October 15, 2001

CONSUMER JUSTICE CENTER, P.A.

By: ______________________
Thomas J. Lyons, Jr., #249646
342 East County Road D
Little Canada, MN 55117
Telephone: (651) 770-9707

Attorneys for Plaintiff
NICOLAS STOVALL

**IT IS SO ORDERED.**

DATED: 10/18/01

______________________
HONORABLE DONOVAN W. FRANK

U.S. DISTRICT COURT JUDGE



LA-1120360v1