**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

NICOLAS STOVALL,

PLAINTIFF,

v.

TRANS UNION LLC EXPERIAN INFORMATION SOLUTIONS, INC.; AND FIRST CONSUMERS NATIONAL BANK,

DEFENDANTS.

**CASE NO. 01-CV-756 DWF/DRN**

**STIPULATION OF DISMISSAL OF DEFENDANT TRANS UNION LLC** AND ORDER

**IN ACCORDANCE WITH** Fed. R. Civ. P. 41(a)(1)(ii), pursuant to the agreement of the undersigned, it is hereby stipulated and agreed to by the Plaintiff, and his attorney, and Defendant Trans Union LLC, and its attorneys, that Plaintiff's claims in the above-captioned action as against Defendant Trans Union LLC only, shall be and hereby are voluntarily dismissed with prejudice and on the merits, without costs, disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Dated: March 6th, 2002

ATTORNEY FOR PLAINTIFF

By: [signature]

THOMAS J. LYONS, & ASSOCIATES
Thomas J. Lyons, Sr.
Attorney I.D. #: 65699
342 East County Road D
Little Canada, MN 55117

CONSUMER JUSTICE CENTER, P.A
Thomas J. Lyons, Jr. #249646
342 East County Road D
Little Canada, MN 55117

Dated: March 11th, 2002

ATTORNEY FOR DEFENDANT TRANS UNION LLC

By: Kathleen K. Statler

Kathleen Statler, Esq.
SHAPIRO PROFESSIONAL ASSOCIATION
1060 The Colonnade
5500 Wayzata Blvd.
Minneapolis, MN 55416

Daniel Halvorsen Esq.
PIPER RUDNICK MARBURY & WOLFE
203 North LaSalle Street, Suite 1800
Chicago, Illinois 60601-1293

MAR 12 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Based on the above Stipulation for Dismissal filed herewith, this Court hereby orders that Plaintiff's claims against Defendant Trans Union, shall be, and herewith is, dismissed with prejudice.

Dated: March 12, 2002

The Honorable Judge Donavon W. Frank
United States District Court