**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

NICOLAS STOVALL,

PLAINTIFF,

v.

TRANS UNION LLC EXPERIAN INFORMATION SOLUTIONS, INC.; AND FIRST CONSUMERS NATIONAL BANK,

DEFENDANTS.

**CASE NO. 01-CV-756 DWF/~~DRN~~ SRN**

**STIPULATION OF DISMISSAL OF DEFENDANT FIRST CONSUMERS NATIONAL BANK**
AND ORDER

---

**IN ACCORDANCE WITH** Fed. R. Civ. P. 41(a)(1)(ii), pursuant to the agreement of the undersigned, it is hereby stipulated and agreed to by the Plaintiff, and his attorney, and Defendant First Consumers National Bank, and its attorneys, that Plaintiff's claims in the above-captioned action as against Defendant First Consumers National Bank only, shall be and hereby are voluntarily dismissed with prejudice and on the merits, without costs, disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Dated: March 6, 2002

ATTORNEY FOR PLAINTIFF

By: [signature]

THOMAS J. LYONS, & ASSOCIATES
Thomas J. Lyons, Sr.
Attorney I.D. #: 65699
342 East County Road D
Little Canada, MN 55117

CONSUMER JUSTICE CENTER, P.A
Thomas J. Lyons, Jr. #249646
342 East County Road D
Little Canada, MN 55117

Dated: March 14, 2002

ATTORNEY FOR DEFENDANT
**FIRST CONSUMERS NATIONAL BANK**

By: [signature]

Wm. Wassweiler, Esq.
Rider Bennett Egan & Arundel LLP
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402

Alan Coogan
~~Allan Koughan,~~ Esq., Corporate Counsel
First Consumer National Bank
9300 SW Gemini Dr.
Beaverton, OR 97008

FILED MAR 15 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

**ORDER**

Based on the above Stipulation for Dismissal filed herewith, this Court hereby orders that Plaintiff's claims against Defendant First Consumers National Bank, shall be, and herewith is, dismissed with prejudice.

Dated: March 15, 2002

The Honorable Judge Donavon W. Frank
United States District Court